UNITED STATES DISTRICT COURT        EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| DEDRIC TEZENO, individually and on behalf of all others similarly situated, | § § § |
| Plaintiffs, | § § |
| versus | § § CIVIL ACTION NO. 1:14-CV-151 |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, | § § § § |
| Defendant. | § |

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that an amicable settlement has been reached in this action and that final settlement papers would be forthcoming within 90 days, it is

ORDERED that this case is dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety (90) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

Any outstanding motions are conditionally denied as moot pending the final settlement papers:  **an agreed motion to dismiss and a proposed final judgment**.  In the event this case is reinstated, counsel retains the responsibility to re-urge any motions previously denied as moot.

This court retains jurisdiction to enforce the settlement.

SIGNED at Plano, Texas, this 17th day of December, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE