**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DEDRIC TEZENO, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:14-CV-151 |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § § | |

### ORDER OF DISMISSAL

In accordance with Plaintiffs Dedric Tezeno ("D. Tezeno"), Robert Wycoff ("Wycoff"), and Joyce Tezeno ("J. Tezeno"), and Defendant Beaumont Independent School District's Joint Stipulation of Dismissal (#48), filed March 11, 2016, D. Tezeno's, Wycoff's, and J. Tezeno's actions are dismissed in their entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees. Plaintiff Warren Gipson's action remains pending.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 14th day of March, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE