| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| DEDRIC TEZENO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>versus<br><br>BEAUMONT INDEPENDENT SCHOOL DISTRICT,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:14-CV-151<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#52), filed March 18, 2016, this action is dismissed in its entirety, with prejudice.  Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 21st day of March, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE